MINUTE ENTRY
AFRICK, J.
DECEMBER 14, 2022

JS10 - 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-80 |
| HENRY RANDLE | SECTION: I |

COURT REPORTER:  Toni Tusa
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:    Maria Carboni, Counsel for the government
            William Murphy Doyle, Counsel for defendant
            Tamika Jackson, U.S. Probation
            Henry Randle, Defendant

## SENTENCING

Case called.
Defendant was sentenced on count 1 of the Indictment.
On motion of the United States, count 5 of the indictment is dismissed as to this defendant.
See Judgment for sentence imposed.
The defendant was released, to surrender himself on or before noon on Monday, January 30, 2023.