UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| HENRY RANDLE | SECTION I |

### ORDER

Before the Court is the government's motion[1] to amend the judgment as to the above-captioned defendant. The motion states that, though William Doyle, who previously represented defendant Henry Randle ("Randle"), has withdrawn, he is willing to be reappointed for the purpose of determining whether Randle opposes the government's motion. Accordingly,

**IT IS ORDERED** that William Doyle is **REAPPOINTED** as counsel of record for Henry Randle for the purpose of determining whether Randle opposes the government's motion.

**IT IS FURTHER ORDERED** that counsel shall advise the Court of Randle's position on the motion no later than **JULY 10, 2023**.

New Orleans, Louisiana, June 29, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 635.