UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20 – 80** |
| **VS.** | * | **SECTION "I"** |
| **HENRY RANDLE** | * | |

\* \* \*

## RESPONSE TO UNITED STATES OF AMERICA, RULE 36, MOTION TO AMEND JUDGMENT

Now into court, through undersigned re-appointed counsel, submits that the defendant has no objections to the United States Motion to Amend Judgment.

On July 31, 2023, defendant through a telephone conversation, contacted undersigned counsel to confirm receipt and review of instant motion with no objections to its requests.

Respectfully submitted,

*s/William Murphy Doyle*
William Murphy Doyle
LSBA #5064
908 William Boulevard
Kenner, LA 70062
Phone: (504) 469-4358

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023 I electronically filed the foregoing with the Court of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/William Murphy Doyle*
William Murphy Doyle
Attorney for Henry Randle

1