**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA      *      CRIMINAL NO.  20-80

        **v.**      *      SECTION: "I"

HENRY RANDLE      *

*     *     *

<u>RULE TO REVOKE SUPERVISED RELEASE</u>

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On May 25, 2021, defendant, Henry Randle **("Randle")**, entered a plea of guilty to Count 1 of the Indictment charging the defendant with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Section 371. (Rec. Doc. 209).

II.

On August 7, 2023, **Randle** was sentenced to twelve (12) months in the custody of the Bureau of Prisons, to be followed by a three (3) year term of supervised release. A special assessment fee in the amount of $100.00 was also ordered. (Rec. Doc 662).  **Randle's** period of supervision commenced on October 25, 2023.  (*See* Rec. Doc. 771).

III.

According to U.S. Probation, **Randle** violated the terms of his supervised release as follows:

> On October 23, 2025, Randle submitted a drug test that produced a positive result for the use of amphetamine, methamphetamine, and fentanyl. He signed an "Admission of use" form denying use. On October 31, 2025, the National Laboratory confirmed the positive use of amphetamine, fentanyl, and methamphetamine.

On March 31, 2025, Randle reported to the probation office as instructed. During this meeting, Randle provided a urine specimen, which produced a positive result for the use of marijuana. He acknowledged use and signed an "Admission of Use" form. In response, on April 16, 2025, the Court added that Randle participate in an outpatient drug abuse treatment program and random urinalysis testing.

IV.

**WHEREFORE**, the Government prays that defendant **Henry Randle** be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why his supervised release should not be revoked.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

 /s/ *Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3154
E-Mail: maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ *Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney