UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**         *         CRIMINAL NO: 20-80

**v.**         *         SECTION: "I"

**HENRY RANDLE**         *

\*   \*   \*

**ORDER**

Considering the foregoing Rule to Revoke Supervised Release,

**IT IS HEREBY ORDERED** that Henry Randle appear before this Court on the ___ day of _____ 2025, at _____ a.m/ p.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this ____ day of _____,2025.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE