**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-80** |
| **v.** | * | **SECTION: "I"** |
| **HENRY RANDLE** | * | |

\* \* \*

**AMENDED RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On May 25, 2021, defendant, Henry Randle **("Randle")**, entered a plea of guilty to Count 1 of the Indictment charging the defendant with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Section 371. (Rec. Doc. 209).

II.

On August 7, 2023, **Randle** was sentenced to twelve (12) months in the custody of the Bureau of Prisons, to be followed by a three (3) year term of supervised release. A special assessment fee in the amount of $100.00 was also ordered. (Rec. Doc 662).  **Randle's** period of supervision commenced on October 25, 2023.  (*See* Rec. Doc. 771).

III.

According to U.S. Probation, **Randle** has committed additional violations of his supervised release since the filing of the original rule to revoke, and the complete list of violations to date is as follows:

> On October 23, 2025, Randle submitted a drug test that produced a positive result for the use of amphetamine, methamphetamine, and fentanyl. He signed an "Admission of use" form denying use. On

October 31, 2025, the Alere Toxicology Services confirmed the positive use of amphetamine, fentanyl, and methamphetamine.

On January 16, 2026, a review of Randle's restitution payment record revealed that he is in arrears in the amount of $3,198.89. On December 3,2025, Randle made a $157.96 payment. The last payment made through the Treasury Offset Program (TOP) was on April 3, 2026, in the amount of $135.46, leaving a joint-and-several restitution balance of $6,772.28.

On January 29, 2026, Randle submitted a drug test to the U.S. Probation Office that produced a positive result for the use of methamphetamine. He denied use. On February 14, 2026, Alere Toxicology Services confirmed the positive use of amphetamine/methamphetamine.

On February 3, 2026, Randle submitted a drug test at Florida Parishes Human Service Authority. On the same day, Randle admitted to personnel at Florida Parishes Human Service Authority that he used methamphetamine ten days before his scheduled appointment. On February 11, 2026, the Albuquerque Laboratory confirmed the positive use of amphetamine.

On March 1, 2026, Randle was arrested by law enforcement officers with the St. Tammany Parish Sheriff's Office for multiple offenses: L.R.S. 32:357-Windshield Required, L.R.S. 32:361.1-lllegal Window Tint, L.R.S. 14:00-Fugitive, L.R.S. 40:1023C-Possession of Drug Paraphernalia, and L.R.S. 40:967C- Possession of Schedule II (Cocaine). The fugitive charge stemmed from a warrant issued by the Court on February 25, 2026, due to Randle's positive use of amphetamine and methamphetamine. Randle then appeared in the 22nd Judicial District Courl on March 2, 2026, for a bond hearing, at which time his bond was set at $7,500, under Case Number 72-2026-00488.

According to the St. Tammany Parish Sheriff's Office Incident Report Number 2026-001814, on Sunday, March l, 2026, at approximately 11:55 a.m., an officer observed Randle driving a silver 2009 Honda Accord on Highway 59 with a cracked windshield and a missing passenger side mirror. A traffic stop was initiated, and the officer made contact the driver of the vehicle, Henry Randle, and his three occupants. After a National Crime Information Center (NCIC) search, the officer learned that Randle had an active federal warrant and instructed all parties to exit the vehicle. A search of the vehicle revealed two marijuana grinders in

2

the center console, multiple altered plastic straws, burnt aluminum foil throughout the front portion of the vehicle, and a small bag containing a powdered substance on the front passenger-side floorboard. The powered substance yielded a presumptive positive for cocaine. Randle and his occupants denied ownership of the cocaine.

On April 24,2026, a Bill of information was filed in the 22nd Judicial District Court of the St. Tammany Parish, under Case Number 2273-M-2026, charging Randle with Count One: L.R.S. 40:1023.C - Prohibited Acts and L.R.S. 40:1025.A(l) - Drug Paraphernalia, Count Two: L.R.S. 32:357- Adequate Windshield Required, and Count Three: L.R.S.32:361.1.B and L.R.S.32:57 - Obscuring View Outward or Inward through Windshield or Windows.

On April 29, 2026, Randle pled guilty to Count One: L.R.S.40: 1023.C - Prohibited Acts and 40:1025, A (l) - Drug Paraphernalia. He was sentenced to serve fifteen days in the St. Tammany Parish Jail, with credit for time served, and Counts Two and Three were nolle prosequi.

On March 1, 2026, Randle was found to be in possession of cocaine.

According to the St. Tammany Parish Sheriff's Office Incident Report Number 2026-001814, on Sunday, March 1, 2026, at approximately 11:55 a.m., an officer conducted a search of Randle's car during a traffic stop. During the search, the officer discovered a small black bag in the back seat area of the vehicle, which was reported to be in the possession of Randle's passenger. Upon opening the black bag, the officer found a black Sig Sauer P239 handgun with one black magazine containing three 40 caliber rounds and one in the chamber. Subsequently, Randle's passenger, Randall Balser, Jr. was charged with multiple offenses, specifically, L.R.S 14:95.1, Possession of a Firearm by Convicted Felon.

On March 31, 2025, Randle reported to the probation office as instructed. During this meeting, Randle provided a urine specimen, which produced a positive result for the use of marijuana. He acknowledged use and signed an "Admission of Use" form. In response, on April 16, 2025, the Court added that Randle participate in an outpatient drug abuse treatment program and random urinalysis testing.

3

IV.

**WHEREFORE**, the Government prays that defendant **Henry Randle** be brought before this Court and a copy of this Amended Rule be served upon him, and that he be ordered to show cause before this Court why his supervised release should not be revoked.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

/s/ *Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163
E-Mail: Edward.rivera@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney

4